UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
at Cincinnati

**Sara Hawes, et al.,**

        Plaintiffs,

vs.                                     Case Number: 1:17cv754
                                                                Judge Timothy S. Black

**Commissioner of Social Security,**

        Defendant.

## CERTIFICATE OF MAILING BY CLERK

      The Clerk of the United States District Court for the Southern District of Ohio has been requested to issue the complaint and summons to the defendants**.**  The requested service was sent by certified mail on November 16, 20175.  The receipts for certified mail are attached.

BY: s/Emily Hiltz
      Deputy Clerk

**First Class Mail**

Macy's Inc.
c/o Corporate Creations Network, Inc.
119 East Court Street
Cincinnati, Ohio 45202

7015 0640 0007 9781 5910

USDC–Southern District of Ohio
Office of the Clerk
Room 103
100 East Fifth Street
Cincinnati, Ohio 45202

3590318

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Macy's Inc.<br>c/o Corporate Creations Network, Inc.<br>119 East Court Street<br>Cincinnati, Ohio 45202<br><br>9590 9401 0035 5071 9031 87 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature         ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery   ☐ Registered Mail™<br>☒ Certified Mail®       ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery   ☐ Return Receipt for Merchandise<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation™<br>☐ ...ed Mail           ☐ Signature Confirmation Restricted Delivery<br>☐ ...ed Mail Restricted Delivery ($500) |
| 2. Article Number (Transfer from service label)<br>7015 0640 0007 9781 5910 | |
| PS Form 3811, April 2015 PSN 7530-02-000-9053 | 1:17-CV-754   Domestic Return Receipt |








**First Class Mail**



7015 0640 0007 9781 5880

Macy's Inc.
7 West 7th Street
Cincinnati, Ohio 45202

USDC-Southern District of Ohio
Office of the Clerk
Room 103
100 East Fifth Street
Cincinnati, Ohio 45202

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Macy's Inc.
7 West 7th Street
Cincinnati, Ohio 45202

9590 9401 0031 5071 2713 65

2. Article Number *(Transfer from service label)*

7015 0640 0007 9781 5880

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053   1:17-CV-754   Domestic Return Receipt

**First Class Mail**

CERTIFIED MAIL

7015 0640 0007 9781 5897

USDC-Southern District of Ohio
Office of the Clerk
Room 103
100 East Fifth Street
Cincinnati, Ohio 45202

AQ Textiles, LLC
214 Staunton Drive
Greensboro, NC 27410

3127137

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AQ Textiles, LLC
214 Staunton Drive
Greensboro, NC 27410

9590 9401 0031 5071 2713 72

2. Article Number (Transfer from service label)

7015 0640 0007 9781 5897

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

1:17-CV-754

Domestic Return Receipt

**First Class Mail**

7015 0640 0007 9781 5903

3127135

Southern District of Ohio
Office of the Clerk
Room 103
100 East Fifth Street
Cincinnati, Ohio 45202

Macy's Retail Holdings, Inc.
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA 95833

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Macy's Retail Holdings, Inc.
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA 95833



9590 9401 0031 5071 2713 58

2. Article Number (Transfer from service label)

7015 0640 0007 9781 5903

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

1:17-CV-754

Domestic Return Receipt