# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| HAWES, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action: 1:17-CV-00754 |
| MACY'S INC., *et al.*, | Judge Timothy S. Black |
| Defendants. | |

## DEFENDANT AQ TEXTILES, LLC'S MOTION TO DISMISS

Defendant AQ Textiles, LLC ("AQ") respectfully moves this Court pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6) and Local Rule 7.2(a)(1) to dismiss the claims against AQ in their entirety. First, Plaintiffs' claims should be dismissed pursuant to Rule 12(b)(2) because this Court lacks personal jurisdiction over AQ. Second, Plaintiffs' class action claims should be dismissed pursuant to Rule 12(b)(1) for lack of standing to the extent they are based on products the named Plaintiffs did not actually purchase. Third, Plaintiffs' ten claims must be dismissed for failure to state a claim pursuant to Rule 12(b)(6).

This Motion is supported by a Memorandum in Support filed separately.

21801083.1

Respectfully submitted,

/s/  Beth A. Bryan
John A. Nalbandian (Ohio Reg. 0073033)
Beth A. Bryan (Ohio Reg. 0082076)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Phone: (513) 381-2838
Fax: (513) 381-0205
nalbandian@taftlaw.com
bryan@taftlaw.com

Reid L. Phillips (motion for *pro hac vice* admission forthcoming)
NC State Bar No. 7968
Jennifer K. Van Zant (motion for *pro hac vice* admission forthcoming)
NC State Bar No. 21280
Andrew L. Rodenbough (motion for *pro hac vice* admission forthcoming)
NC State Bar No. 46364
Ryan C. Fairchild (motion for *pro hac vice* admission forthcoming)
N.C. State Bar No. 47729
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
230 North Elm Street
2000 Renaissance Plaza
Greensboro, NC 27401
Telephone: (336) 373-8850
Facsimile: (336) 378-1001
rphillips@brookspierce.com
jvanzant@brookspierce.com
arodenbough@brookspierce.com
rfairchild@brookspierce.com

*Attorneys for Defendant*
*MACY'S, INC.*

21801083.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the Court's CM/ECF system, which will send electronic notification to all counsel of record.

This the 2nd day of January, 2018.

/s/ Beth A. Bryan
Beth A. Bryan

21801083.1