# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| HAWES, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action: 1:17-CV-00754 |
| MACY'S INC., *et al.*, | Judge Timothy S. Black |
| Defendants. | |

## DEFENDANT MACY'S, INC.'S MOTION TO DISMISS

Defendant Macy's Inc. ('Macy's) respectfully moves this Court pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the claims against Macy's in their entirety.  Plaintiffs' class action claims should be dismissed for lack of standing to the extent they are based on products the named Plaintiffs did not actually purchase. Plaintiffs' ten claims for relief should be dismissed for failure to state a claim upon which relief can be granted.

This motion is supported by a Memorandum in Support filed separately.

21801269.1

Respectfully submitted,

/s/  Beth A. Bryan
John A. Nalbandian (Ohio Reg. 0073033)
Beth A. Bryan (Ohio Reg. 0082076)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Phone: (513) 381-2838
Fax: (513) 381-0205
nalbandian@taftlaw.com
bryan@taftlaw.com

Reid L. Phillips (motion for *pro hac vice* admission forthcoming)
NC State Bar No. 7968
Jennifer K. Van Zant (motion for *pro hac vice* admission forthcoming)
NC State Bar No. 21280
Andrew L. Rodenbough (motion for *pro hac vice* admission forthcoming)
NC State Bar No. 46364
Ryan C. Fairchild (motion for *pro hac vice* admission forthcoming)
N.C. State Bar No. 47729
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
230 North Elm Street
2000 Renaissance Plaza
Greensboro, NC 27401
Telephone: (336) 373-8850
Facsimile: (336) 378-1001
rphillips@brookspierce.com
jvanzant@brookspierce.com
arodenbough@brookspierce.com
rfairchild@brookspierce.com

*Attorneys for Defendant*
*MACY'S, INC.*

21801269.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the Court's CM/ECF system, which will send electronic notification to all counsel of record.

This the 2nd day of January, 2018.

/s/ Beth A. Bryan
Beth A. Bryan

21801269.1