United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Judge Sargus, Judge Black, and Magistrate Judge Jolson

FROM: Donald A. Fitzgerald III, Deputy Clerk

DATE: 1/7/2020

SUBJECT: Case Caption: Chiaraluce et al v. Macy's Inc. et al

CASE: Case Number: 2:20-cv-81

DISTRICT JUDGE: Chief Judge Edmund A. Sargus and Magistrate Judge Kimberly A. Jolson

File Date: 1/6/2020

This memorandum is to notify you that the following cases are possibly related:

**Related Case(s):**

Case Caption: Hawes et al v. Macy's, Inc. et al

Case Number: 1:17-cv-754          District Judge: Black

File Date: 11/8/2017          Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator **Donald A. Fitzgerald III** as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge ___Timothy S. Black___

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

___s/Timothy S. Black___
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator **Donald A. Fitzgerald III** as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☑ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge Black

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____ 1-8-2020
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*