# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SARA HAWES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MACY'S WEST STORES, INC.,<br><br>Defendant. | Case No.: 17-cv-00754 |

## JOINT MOTION TO EXTEND CERTAIN DEADLINES

On March 31, 2020, the Court entered an Amended Calendar Order (ECF No. 77) setting dates for deadlines in this case. While the Parties have worked diligently and cooperatively on discovery (exchanged a significant amount of written discovery, correspondence and production documents and have schedule and taken depositions), more time is needed to complete discovery related to class certification (to exchange any remaining discovery and conduct three to five additional depositions). Covid-19 has also caused delays (it sadly and unfortunately took the life of two family members of one of the Plaintiffs' lawyers in this case). As a result, the Parties have conferred and respectfully seek an extension of time to complete deadlines (namely, thirty-five (35) additional days to complete depositions; and ninety (90) additional days to file class certification). The Parties do not intend to conduct additional written discovery during this added time period, and they agree to meet and confer about any additional written discovery that either side proposes during this time period. The Parties' current and proposed deadlines are as follows:

| Description | Deadlines Set By Court on March 31, 2020 (ECF No. 77) | New Date |
|---|---|---|
| Fact discovery deadline: | October 30, 2020 | December 4, 2020 |

| | | |
|---|---|---|
| Motion for class certification: | November 2, 2020 | February 1, 2021 |
| Plaintiff expert report(s)/designation(s) for class certification: | November 2, 2020 | February 1, 2021 |
| Plaintiff to produce all expert-related discovery: | November 9, 2020 | February 10, 2021 |
| Deposition(s) of Plaintiff's expert(s): | December 2, 2020 | March 4, 2021 |
| Response to class certification motion, including Daubert challenges relevant to class certification: | February 2, 2021 | May 3, 2021 |
| Rebuttal expert report(s)/designation(s) for class certification: | February 2, 2021 | May 3, 2021 |
| Plaintiff expert report(s)/designation(s) for trial: | February 2, 2021 | May 3, 2021 |
| Deposition(s) of Defendant's expert(s): | March 2, 2021 | June 4, 2021 |
| Defendant expert report(s)/designation(s) for trial: | March 2, 2021 | June 3, 2021 |
| Reply in support of class certification and, response to Daubert challenges relevant to class certification: | March 17, 2021 | June 18, 2021 |
| Expert discovery deadline: | April 1, 2021 | July 1, 2021 |

2

| | | |
|---|---|---|
| Dispositive motion deadline: | April 17, 2021 | July 15, 2021 |
| Responses to dispositive motions: | 24 days after dispositive motions filed | 24 days after dispositive motions filed |
| Replies in support of dispositive motions: | 17 days after responses to dispositive motions filed | 17 days after responses to dispositive motions filed |
| Final pretrial conference in Cincinnati Chambers, Room 815: | August 9, 2021 | October 2021 |
| Jury Trial in Cincinnati, Room 805: | August 16, 2021 | October 2021 |

Respectfully submitted,

/s/ Beth A. Bryan
Beth A. Bryan (Ohio Reg. 0082076)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
T. (513) 381-2838
F. (513) 381-0205
bryan@taftlaw.com

Jennifer K. Van Zant (admitted *pro hac vice*)
NC State Bar No. 21280
Andrew L. Rodenbough (admitted *pro hac vice*)
NC State Bar No. 46364
Ryan C. Fairchild (admitted *pro hac vice*)
Reid L. Phillips (admitted *pro hac vice*)
N.C. State Bar No. 47729
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
230 North Elm Street
2000 Renaissance Plaza
Greensboro, NC 27401
T. (336) 373-8850
F. (336) 378-1001
jvanzant@brookspierce.com
arodenbough@brookspierce.com
rfairchild@brookspierce.com
rphillips@brookspierce.com

*Attorneys for Defendant*
*Macy's West Stores, Inc.*

/s/ Drew Legando
Drew Legando (0084209)
MERRIMAN LEGANDO WILLIAMS &
KLANG, LLC
1360 West 9th Street, Suite 200
Cleveland, Ohio 44113
T. (216) 522-9000
E. drew@merrimanlegal.com

Charles Schaffer
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
T. (877) 882-1011
cschaffer@lfsblaw.com

Brendan S. Thompson
David L. Black
CUNEO GILBERT & LADUCA LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
T. (202) 789-3960
brendant@cuneolaw.com
dblack@cuneolaw.com

Stuart L. Cochran
STECKLER GRESHAM COCHRAN PLLC
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
T. (972) 387-4040
stuart@stecklerlaw.com

Ling Y. Kuang (admitted *pro hac vice*)
Kurt D. Kessler (admitted *pro hac vice*)
AUDET & PARTNERS
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
T. (415) 568-2555
lkuang@audetlaw.com
kkessler@audetlaw.com

*Attorney for Plaintiffs*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the parties on this 19th day of October, 2020.

*/s/ Beth A. Bryan*