**EXHIBIT FILED UNDER PROVISIONAL SEAL**