# EXHIBIT G



Deposition of:

# Stefan Boedeker

*March 1, 2021*

In the Matter of:

# Hawes, et al v. Macy's West Stores, Inc.

Veritext Legal Solutions
800.743.DEPO (3376) | Calendar-carolinas@veritext.com |
www.veritext.com

Case: 1:17-cv-00754-DRC Doc #: 87-7 Filed: 05/03/21 Page: 3 of 3 PAGEID #: 1609

Stefan Boedeker March 1, 2021
Hawes, et al v. Macy's West Stores, Inc.

Page 187

1      MR. LEGANDO:  Objection.  Form.
2      THE WITNESS:  Somehow I didn't hear the end of
3  the question.
4  BY MS. VAN ZANT:
5      Q.   Isn't it true that we're talking about in this
6  case in store sales, not Internet sales?
7      MR. LEGANDO:  Same objection.
8      THE WITNESS:  The sales at issue or in question
9  in this case were done in stores, but in this case the
10 panelists, the participants in the study will complete
11 the survey via the computer as an Internet based one.
12      But the description of the purchase situation
13 will tell them that they were in the store looking at
14 bedsheets.  And I haven't done the path, but there will
15 be an introduction as to what purchase situation they are
16 in.
17 BY MS. VAN ZANT:
18     Q.   Right.  So, I mean, do you have any idea what
19 the average age of Macy's customers is?
20     A.   I have not the slightest idea, no.
21     Q.   And how would you, how would you make sure that
22 your population from the study mirrored the population
23 that was likely to buy sheets in a Macy's store?
24     A.   Before the actual conjoint menus are shown,
25 there is a whole list of questions that identify the