# EXHIBIT 2

Protected Material - Pursuant to Protective Order

```
 1              UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF OHIO

 3              -------------------

 4

 5   SARA HAWES, individually,

 6   and on behalf of all others

 7   similarly situated,

 8

 9             Plaintiffs,

10

11       vs.              Case No.  17-CV-00754

12

13   MACY'S WEST STORES, INC.,

14

15             Defendant.

16              -------------------

17    PROTECTED MATERIAL - PURSUANT TO PROTECTIVE ORDER

18                Remote Deposition of

19                    SAL CINIGLIO

20

                    October 13, 2020

21                    10:05 a.m.

22

23     Christine Zarife Green, CRI, Notary Public

24

25
```

Protected Material - Pursuant to Protective Order

```
 1      Q.    Okay.  If you look at the top part of the
 2   email, the response from --
 3      A.    Mr. Mani.
 4      Q.    Yeah.  Second sentence says, "Regarding
 5   1000TC solid sateen, the comment is quite
 6   surprising to us."
 7            What does solid sateen mean?
 8      A.    It's a solid sheet set, so it's not a
 9   stripe or with dots.  So it's just a solid sheet
10   set.  Sateen is just a certain weave.
11      Q.    Can you explain the difference between a
12   sateen weave and any other kind of weave?
13      A.    A sateen weave is a four over one.  So
14   four yarns over one in the construction.  It makes
15   it a softer sheet.
16      Q.    And that would be opposed to what other
17   weave?
18      A.    Percale would be two over one, so it's a
19   lot tighter and that makes a sheet crisper.  I'm
20   sorry.  That's one over one.
21            MR. LEGANDO:  Okay.  If we can go to
22   Exhibit 5, please.
23                          - - - - -
24            (Thereupon, Deposition Exhibit 5,
25            AQ-HawesVMacys_0015675, was marked
```