# EXHIBIT B

Protected Material - Pursuant to Protective Order

```
 1                 IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE SOUTHERN DISTRICT OF OHIO
 3                            - - -
 4    SARA HAWES, Individually  :
      and on behalf of all      :
 5    others similarly          :
      situated,                 :
 6                              :
          Plaintiffs,           :
 7                              : Case No. 17-cv-00754 No.
      vs.                       :
 8                              :
      MACY'S WEST STORES, INC., :
 9                              :
          Defendants.           :
10
                              - - -
11
      PROTECTED MATERIAL - PURSUANT TO PROTECTIVE ORDER
12
              REMOTE DEPOSITION OF RULE 30(b)(6)
13               of AQ TEXTILES, INC., and
                    LAWRENCE E. QUEEN
14                   VIDEOCONFERENCE
15                       - - -
16                       Tuesday, November 17, 2020
                         9:35 a.m. EST
17                       Greensboro, North Carolina
18                       - - -
19                      ANN FORD
             REGISTERED PROFESSIONAL REPORTER
20
                         - - -
21
22            GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | 917.591.5672 fax
24               deps@golkow.com
```

1  2012, so it probably should get generally updated

2  anyway.

3           So that committee could make a

4  recommendation.  And for that recommendation to pass,

5  you have to have 100 percent of the vote.  If there's

6  one dissention, it doesn't pass.

7           So there were some attempts, I think, for

8  some language in 2019 that I don't remember the

9  number, but something like 40 people or so passed it,

10 and two people shot down the language.  So it's

11 still -- the committee is extremely slow because

12 there's so many different entities involved.  And

13 it's still an open issue.

14 Q.          Is it the case that the ASTM method of

15 counting only looks at the number of yarns that are

16 at the end or at the pick; whereas the method of

17 counting you had advocated would have allowed the

18 counting of individual fibers that appear at the end

19 of a yarn?

20 A.          No.  No.  Wrong.

21 Q.          How would yours have differed?

22 A.          My presentation suggested that the --

23 they're yarns.  They're not fibers; they're

24 individual yarns.  And there's a diagram in that

Protected Material — Pursuant to Protective Order

1    presentation showing how -- in a very simple format,

2    how the sheets are woven.

3    Q.          What's your definition of "yarn"?

4    A.          Yarn is yarn.  I mean, I don't know how --

5    I don't have a specific definition.  It's something

6    that you use to make fabric.

7    Q.          What's your definition of "fiber"?

8    A.          Fiber is something you can use to make

9    yarn or use for other purposes.

10   Q.          What's the difference between a yarn and a

11   fiber?

12   A.          I just said fiber is something you would

13   use to make yarn, is my understanding.  Yarn is the

14   result of using fiber to make it.

15   Q.          After the ASTM declined to change the

16   thread count standard, did AQ do anything?

17   A.          They never defined -- they never defined a

18   standard.

19   Q.          Well, we agreed that ASTM 3775 applied to

20   the CVC sheets.

21   A.          Sorry.  You broke up.

22   Q.          I thought we previously agreed that ASTM

23   Standard 3775 applies to how to count the threads in

24   CVC sheets but that you thought the standard should

Protected Material - Pursuant to Protective Order

```
 1   Q.          How are they different?

 2   A.          I think, to your example before, a

 3   filament is a small piece of polyester, and you put

 4   several of those together to make a yarn.  Like your

 5   cotton staple that you suggested, you put several of

 6   those together to make a cotton yarn.  That's my

 7   understanding.

 8   Q.          And in determining thread count, what do

 9   you count in that instance?

10   A.          The yarn.

11   Q.          Okay.  It would be inappropriate to count

12   the individual filaments or fibers?

13   A.          I believe so.

14   Q.          Okay.  All right.  Topic 6, which is

15   "whether, when, and how . . . as well as how AQ

16   counted the threads."

17                    (Technical interruption.)

18               THE COURT REPORTER:  Did you read

19        the whole thing because I think you cut

20        out.

21               MR. LEGANDO:  I did read the whole

22        thing.

23               THE COURT REPORTER:  I just wanted

24        you to know, you're going in and out.
```