# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| SARA HAWES, *et al.*, | : | Case No. 17-cv-754 |
| Plaintiffs, | : | Judge Timothy S. Black |
| vs. | : | |
| MACY'S WEST STORES, INC., | : | |
| Defendant. | : | |

## THIRD AMENDED CALENDAR ORDER

Pursuant to the parties' joint proposed schedule (Doc. 97) and a telephonic status conference held on May 24, 2021, the Second Amended Calendar Order (Doc. 82) is VACATED, and the Court hereby enters the following Third Amended Calendar Order:

| | |
|---|---|
| Defendant expert report(s)/designation(s) for trial: | **June 3, 2021** |
| Deposition(s) of Defendant's expert(s): | **June 17, 2021** |
| Reply in support of class certification and, response to *Daubert* challenges relevant to class certification: | **July 2, 2021** |
| Expert discovery deadline: | **July 9, 2021** |
| Dispositive motion deadline: [1] | **July 15, 2021** |
| Responses to dispositive motions: | **24 days after dispositive motions filed** |

---

[1] See the Standing Order Governing Civil Motions for Summary Judgment: http://www.ohsd.uscourts.gov/FPBlack.

| | |
|---|---|
| Replies in support of dispositive motions: | **17 days after responses to dispositive motions filed** |
| Final Pretrial Conference: | **February 8, 2022 at 10:00 a.m.** |
| Trial date: | **February 15, 2022 at 9:30 a.m.** |

**IT IS SO ORDERED.**

Date: 5/26/2021

*s/Timothy S. Black*
Timothy S. Black
United States District Judge