# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| SARA HAWES | : | Case No. 1:17-cv-00754 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| MACY'S WEST STORES, INC., | : | |
| Defendant. | : | |

## ORDER TEMPORARILY GRANTING MOTION (DOC. 109) FOR LEAVE TO FILE UNDER SEAL

This civil action is before the Court on Plaintiff's motion to file documents under a temporary seal (Doc. 109) pursuant to the protective order in this case. (Doc. 71). In order to seal court records, a district court must set forth specific findings and conclusions which justify filing documents under seal. *See Shane Grp. Inc. v. Blue Cross Blue Shield*, 825 F.3d 299, 306 (6th Cir. 2016). The Court cannot make such a finding at this time, thus the Court TEMPORARILY GRANTS Plaintiff leave to file the materials described in the motion (Doc. 109) under seal. *See* Local Rule 5.2.1. Pursuant to the protective order, any party seeking to maintain the seal will submit a written motion to restrict public access on or before 8/4/21. (*See* Doc. 71 , Section 8(d)). Any opposition to the motion shall be filed within 14 days of the filing of the written motion.

**IT IS SO ORDERED.**

Date:  7/20/2021

s/Timothy S. Black
Timothy S. Black
United States District Judge