UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SARA HAWES, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MACY'S WEST STORES, INC., <br><br> Defendant. | Case No. 1:17-cv-00754 <br><br> Judge Timothy S. Black |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Macy's West Stores, Inc., through undersigned counsel, respectfully moves for entry of summary judgment in favor of Defendant, and against Plaintiff Sara Hawes, with respect to each of Hawes' claims. Pursuant to LR 7.2(a), the grounds for this Motion and authorities relied upon in support thereof are set forth in an accompanying Memorandum.

WHEREFORE, Defendant respectfully requests that the Court enter judgment in its favor with respect to each of Plaintiff's claims and dismiss those claims with prejudice.

This the 30th day of July, 2021.

        /s/ Beth A. Bryan
        Beth A. Bryan (Ohio Reg. 0082076)
        TAFT STETTINIUS & HOLLISTER LLP
        425 Walnut Street, Suite 1800
        Cincinnati, Ohio 45202
        Phone: (513) 381-2838
        Fax: (513) 381-0205
        bryan@taftlaw.com

        Jennifer K. Van Zant (*pro hac vice*)
        NC State Bar No. 21280
        Andrew L. Rodenbough (*pro hac vice*)
        NC State Bar No. 46364
        Ryan C. Fairchild (*pro hac vice*)
        N.C. State Bar No. 47729
        BROOKS, PIERCE, MCLENDON,
        HUMPHREY & LEONARD, LLP
        230 North Elm Street
        2000 Renaissance Plaza
        Greensboro, NC 27401
        Telephone: (336) 373-8850
        Facsimile: (336) 378-1001
        jvanzant@brookspierce.com
        arodenbough@brookspierce.com
        rfairchild@brookspierce.com

        *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed via the Court's CM/ECF system, which will send electronic notification to all counsel of record.

This the 30th day of July, 2021.

/s/ Beth A. Bryan
Beth A. Bryan