# EXHIBIT 2

Case: 1:17-cv-00754-DRC Doc #: 123-2 Filed: 08/11/21 Page: 2 of 17 PAGEID #: 3427

US009131790B2

# (12) United States Patent
## Agarwal

(10) Patent No.: **US 9,131,790 B2**
(45) Date of Patent: **Sep. 15, 2015**

(54) **PROLIFERATED THREAD COUNT OF A WOVEN TEXTILE BY SIMULTANEOUS INSERTION WITHIN A SINGLE PICK INSERTION EVENT OF A LOOM APPARATUS MULTIPLE ADJACENT PARALLEL YARNS DRAWN FROM A MULTI-PICK YARN PACKAGE**

(71) Applicant: **Arun Agarwal**, Dallas, TX (US)

(72) Inventor: **Arun Agarwal**, Dallas, TX (US)

(73) Assignee: **AAVN, INC.**, Dallas, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/185,942**

(22) Filed: **Feb. 21, 2014**

(65) **Prior Publication Data**

US 2015/0047736 A1    Feb. 19, 2015

**Related U.S. Application Data**

(60) Provisional application No. 61/866,047, filed on Aug. 15, 2013.

(51) Int. Cl.
  *D03D 1/00* (2006.01)
  *A47G 9/02* (2006.01)
  (Continued)

(52) U.S. Cl.
  CPC ............. ***A47G 9/0238*** (2013.01); ***D03D 1/00*** (2013.01); ***D03D 1/0017*** (2013.01);
  (Continued)

(58) **Field of Classification Search**
  CPC ......... D03D 15/00; D03D 25/00; D03D 1/00; A47G 9/02; A45F 5/00; A45F 2005/008; A45F 2005/006; A45F 2200/0575; A45F 5/02; A45F 5/004; A45F 5/021; A45F 2003/006; A45F 3/14; A63C 11/222; A45C 13/20; A45C 13/30; A45B 2009/025; A41D 19/0048; A44C 5/0007; A44C 5/0038; A44C 5/0053; A62B 35/0031; B25B 23/00; Y10S 224/904; Y10S 224/914
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 1,334,901 A | 3/1920 | Higdon |
| 2,505,027 A | 7/1946 | Belsky |

(Continued)

FOREIGN PATENT DOCUMENTS

| CA | 2155880 A1 | 2/1997 |
| CA | 2346947 A1 | 5/2000 |

(Continued)

OTHER PUBLICATIONS

"Woven Fabrics and Ultraviolet Protection", University of Maribor, Faculty of Mechanical Engineering, Slovenia on Aug. 18, 2010 by Polona Dobnik Dubrovski (pp. 25) http://cdn.intechopen.com/pdfs-wm/12251.pdf.

(Continued)

*Primary Examiner* — Bobby Muromoto, Jr.
(74) *Attorney, Agent, or Firm* — Raj Abhyanker, P.C.

(57) **ABSTRACT**

The proliferation of the thread count of a woven textile is accomplished through simultaneous insertion, within a single pick insertion event of a loom apparatus, of multiple adjacent parallel yarns drawn from a multi-pick yarn package. In one or more embodiments, multiple texturized polyester weft yarns of denier between 15 and 50 are wound on a single bobbin in a parallel adjacent fashion such that they may be fed into an air jet pick insertion apparatus of an air jet loom to weave a textile that has between 90 to 235 ends per inch cotton warp yarns and between 100 and 765 polyester weft yarns.

**19 Claims, 6 Drawing Sheets**



Exhibit 0005 Cormier

Confidential

AQ-HawesVMacys_0016026

(51) **Int. Cl.**
  ***D03D 13/00*** (2006.01)
  ***D03D 47/30*** (2006.01)
  ***D03D 23/00*** (2006.01)

(52) **U.S. Cl.**
  CPC .......... ***D03D 13/004*** (2013.01); ***D03D 13/008*** (2013.01); ***D03D 47/30*** (2013.01); ***D03D 47/3046*** (2013.01); ***D10B 2201/02*** (2013.01); ***D10B 2331/04*** (2013.01); ***D10B 2501/00*** (2013.01); ***D10B 2503/06*** (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent | | Date | Name |
|---|---|---|---|
| 2,483,861 A | * | 10/1949 | Weiss .............................. 442/191 |
| 2,624,893 A | | 1/1953 | Harris |
| 2,662,234 A | | 12/1953 | Citron |
| 2,782,130 A | | 2/1957 | Ness et al. |
| 2,788,291 A | | 4/1957 | Stertz |
| 2,942,280 A | | 6/1960 | May, Jr. |
| 2,963,715 A | | 12/1960 | Young |
| 2,971,095 A | | 2/1961 | Warren |
| 3,027,573 A | | 4/1962 | James, Jr. |
| 3,081,197 A | | 3/1963 | Adelman |
| 3,144,666 A | | 8/1964 | Clark et al. |
| 3,265,527 A | | 8/1966 | Adelman |
| 3,441,063 A | | 4/1969 | Naimer et al. |
| 3,489,591 A | | 1/1970 | Cardarelli |
| 3,536,920 A | | 10/1970 | Krol et al. |
| 3,632,383 A | * | 1/1972 | Dominick et al. ............. 427/285 |
| 3,694,832 A | * | 10/1972 | Jamison ............................ 5/497 |
| 3,721,274 A | * | 3/1973 | Sherrill et al. ................ 139/396 |
| 3,774,250 A | | 11/1973 | Miller |
| 3,828,544 A | * | 8/1974 | Alker .............................. 57/210 |
| 4,042,986 A | | 8/1977 | Goodman et al. |
| 4,191,221 A | * | 3/1980 | Boyer ....................... 139/426 R |
| 4,196,355 A | | 4/1980 | Maine |
| 4,279,045 A | | 7/1981 | Vitale |
| 4,338,693 A | | 7/1982 | Vitale |
| 4,352,380 A | * | 10/1982 | Owen et al. ............... 139/426 R |
| 4,422,195 A | | 12/1983 | Russo et al. |
| 4,429,094 A | | 1/1984 | Massucco |
| 4,485,838 A | | 12/1984 | Shoji et al. |
| 4,496,619 A | | 1/1985 | Okamoto |
| 4,534,819 A | | 8/1985 | Payet |
| 4,546,493 A | | 10/1985 | Bortnick |
| 4,578,306 A | * | 3/1986 | Heiman ........................ 442/214 |
| 4,621,489 A | * | 11/1986 | Okada ............................ 57/210 |
| 4,634,625 A | * | 1/1987 | Franklin ....................... 442/196 |
| 4,651,370 A | | 3/1987 | Vitale |
| 4,662,013 A | | 5/1987 | Harrison |
| 4,670,326 A | * | 6/1987 | Heiman ........................ 442/214 |
| 4,672,702 A | | 6/1987 | Isham |
| 4,682,379 A | | 7/1987 | Dugan |
| 4,703,530 A | | 11/1987 | Gusman |
| 4,724,183 A | * | 2/1988 | Heiman ........................ 442/214 |
| 4,727,608 A | | 3/1988 | Joyce |
| 4,734,947 A | | 4/1988 | Vitale |
| 4,742,788 A | | 5/1988 | Dugan |
| 4,777,677 A | | 10/1988 | Dugan |
| 4,802,251 A | | 2/1989 | O'Dell |
| 4,825,489 A | | 5/1989 | Ross |
| 4,839,934 A | | 6/1989 | Rojas |
| 4,861,651 A | | 8/1989 | Goldenhersh |
| 4,896,406 A | * | 1/1990 | Weingarten et al. ............ 28/166 |
| 4,903,361 A | | 2/1990 | Tang |
| 4,912,790 A | | 4/1990 | MacDonald |
| 4,962,546 A | | 10/1990 | Vitale |
| 4,962,554 A | | 10/1990 | Tesch |
| 4,980,564 A | | 12/1990 | Steelmon et al. |
| 4,980,941 A | | 1/1991 | Johnson, III |
| 4,985,953 A | | 1/1991 | Seago et al. |
| 5,010,610 A | | 4/1991 | Ackley |
| 5,010,723 A | * | 4/1991 | Wilen .............................. 57/210 |
| 5,020,177 A | | 6/1991 | Etherington |
| 5,029,353 A | | 7/1991 | Kimball et al. |
| 5,046,207 A | | 9/1991 | Chamberlain |
| 5,056,441 A | | 10/1991 | Seago et al. |
| 5,070,915 A | | 12/1991 | Kalin |
| 5,092,006 A | | 3/1992 | Fogel |
| 5,103,504 A | | 4/1992 | Dordevic |
| 5,161,271 A | | 11/1992 | Gronbach |
| 5,191,777 A | | 3/1993 | Schnegg |
| 5,217,796 A | | 6/1993 | Kasai et al. |
| 5,249,322 A | | 10/1993 | Seago |
| 5,275,861 A | | 1/1994 | Vaughn |
| 5,285,542 A | | 2/1994 | West et al. |
| 5,287,574 A | | 2/1994 | Kardell et al. |
| 5,325,555 A | | 7/1994 | Whitley |
| 5,364,683 A | * | 11/1994 | Flint et al. .................... 428/141 |
| 5,414,913 A | | 5/1995 | Hughes |
| 5,465,760 A | | 11/1995 | Mohamed et al. |
| 5,487,936 A | * | 1/1996 | Collier ......................... 442/214 |
| 5,488,746 A | | 2/1996 | Hudson |
| 5,495,874 A | * | 3/1996 | Heiman ................... 139/420 A |
| 5,530,979 A | | 7/1996 | Whitley |
| 5,531,985 A | | 7/1996 | Mitchell et al. |
| 5,542,137 A | | 8/1996 | Byfield |
| 5,625,912 A | | 5/1997 | McCain et al. |
| 5,628,062 A | | 5/1997 | Tseng |
| 5,635,252 A | | 6/1997 | Fraser, Jr. et al. |
| 5,642,547 A | | 7/1997 | Hutton et al. |
| 5,729,847 A | | 3/1998 | Allardice |
| 5,765,241 A | | 6/1998 | MacDonald |
| 5,809,593 A | | 9/1998 | Edwards |
| 5,869,193 A | | 2/1999 | Langley |
| 5,884,349 A | | 3/1999 | Gretsinger |
| 5,906,004 A | | 5/1999 | Lebby et al. |
| 5,932,494 A | | 8/1999 | Crippa |
| 5,968,854 A | | 10/1999 | Akopian et al. |
| 5,985,773 A | | 11/1999 | Lee |
| 5,996,148 A | | 12/1999 | McCain et al. |
| 6,025,284 A | | 2/2000 | Marco et al. |
| 6,034,003 A | | 3/2000 | Lee |
| 6,037,280 A | | 3/2000 | Edwards et al. |
| 6,098,219 A | | 8/2000 | Milber |
| 6,148,871 A | | 11/2000 | Hassell et al. |
| 6,164,092 A | | 12/2000 | Menaker |
| 6,243,896 B1 | | 6/2001 | Osuna et al. |
| 6,281,515 B1 | | 8/2001 | Demeo et al. |
| 6,338,367 B1 | | 1/2002 | Khokar |
| 6,353,947 B1 | | 3/2002 | McCain et al. |
| 6,369,399 B1 | | 4/2002 | Smirnov |
| 6,499,157 B1 | | 12/2002 | McCain et al. |
| 6,610,395 B2 | | 8/2003 | Rohrbach et al. |
| 6,823,544 B2 | | 11/2004 | Treece |
| 6,934,985 B2 | | 8/2005 | Sanders |
| 7,032,262 B2 | | 4/2006 | Creech |
| 7,140,053 B1 | | 11/2006 | Mangano |
| 7,143,790 B2 | | 12/2006 | Liao |
| 7,181,790 B2 | | 2/2007 | Wirtz |
| 7,325,263 B2 | | 2/2008 | Stribling |
| 7,398,570 B2 | | 7/2008 | Seago |
| 7,476,889 B2 | | 1/2009 | Demeo et al. |
| 7,673,656 B2 | * | 3/2010 | Heiman ........................ 139/391 |
| 7,726,348 B2 | * | 6/2010 | Heiman .................... 139/383 R |
| 7,856,684 B2 | | 12/2010 | Robertson et al. |
| 8,053,379 B2 | | 11/2011 | Tingle et al. |
| 8,171,581 B2 | | 5/2012 | Agarwall |
| 8,186,390 B2 | * | 5/2012 | Krishnaswamy et al. 139/420 A |
| 8,230,537 B2 | * | 7/2012 | Stewart et al. .................... 5/501 |
| 8,267,126 B2 | | 9/2012 | Rabin et al. |
| 8,334,524 B2 | | 12/2012 | Demeo et al. |
| 8,566,983 B2 | | 10/2013 | Monaco |
| 8,624,212 B2 | | 1/2014 | Yang et al. |
| 8,627,521 B2 | | 1/2014 | Rowson et al. |
| 8,640,282 B2 | | 2/2014 | Maguire et al. |
| 8,689,375 B2 | | 4/2014 | Stinchcomb |
| 8,690,964 B2 | | 4/2014 | Kramer et al. |
| 8,707,482 B1 | | 4/2014 | Ramthun |
| 8,911,833 B2 | | 12/2014 | Medoff |
| 2002/0088054 A1 | | 7/2002 | McCain et al. |
| 2002/0174945 A1 | | 11/2002 | Fair |
| 2003/0092339 A1 | | 5/2003 | Covelli |
| 2003/0190853 A1 | | 10/2003 | Lovingood |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2003/0194938 A1* | 10/2003 | Efird et al. ............... 442/334 |
| 2004/0031098 A1 | 2/2004 | Hollander |
| 2004/0040090 A1 | 3/2004 | Wootten |
| 2004/0055660 A1* | 3/2004 | Heiman ................ 139/420 R |
| 2004/0067706 A1 | 4/2004 | Woods |
| 2005/0039937 A1 | 2/2005 | Yeh et al. |
| 2005/0042960 A1 | 2/2005 | Yeh et al. |
| 2005/0070192 A1 | 3/2005 | Lorenzotti et al. |
| 2005/0095939 A1 | 5/2005 | Heiman |
| 2005/0109418 A1 | 5/2005 | Liao |
| 2006/0180229 A1* | 8/2006 | Heiman ................ 139/420 R |
| 2007/0014967 A1* | 1/2007 | Tingle et al. ............... 428/96 |
| 2007/0202763 A1 | 8/2007 | Shibaoka et al. |
| 2008/0057813 A1* | 3/2008 | Tingle et al. .............. 442/203 |
| 2008/0096001 A1* | 4/2008 | Emden et al. ............. 428/222 |
| 2008/0124533 A1 | 5/2008 | Bouckaert et al. |
| 2009/0155601 A1 | 6/2009 | Lavature et al. |
| 2009/0260707 A1 | 10/2009 | Aneja et al. |
| 2010/0015874 A1* | 1/2010 | Tingle et al. .............. 442/187 |
| 2010/0107339 A1 | 5/2010 | Stinchcomb |
| 2012/0009405 A1* | 1/2012 | Krishnaswamy et al. .... 428/219 |
| 2012/0047624 A1 | 3/2012 | Hubsmith |
| 2012/0157904 A1 | 6/2012 | Stein |
| 2012/0186687 A1 | 7/2012 | Huffstickler et al. |
| 2014/0109315 A1 | 4/2014 | Lilienthal |
| 2014/0123362 A1 | 5/2014 | Seitz et al. |
| 2014/0157575 A1 | 6/2014 | Stinchcomb |
| 2014/0166909 A1 | 6/2014 | Onizawa |
| 2014/0304922 A1 | 10/2014 | Kramer et al. |
| 2014/0310858 A1 | 10/2014 | Kupiec |
| 2014/0342970 A1 | 11/2014 | Kramer et al. |
| 2015/0026893 A1 | 1/2015 | Garrett et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1361315 A | 7/2002 |
| CN | 101385091 A | 3/2009 |
| CN | 202072865 U | 12/2011 |
| CN | 203475074 U | 3/2014 |
| CN | 103820902 A | 5/2014 |
| EP | 0758692 A1 | 2/1997 |
| EP | 0913518 A1 | 5/1999 |
| EP | 1389645 A2 | 2/2004 |
| EP | 1678358 A1 | 7/2006 |
| EP | 1400616 B1 | 2/2007 |
| WO | 02059407 A1 | 8/2002 |
| WO | 2005045111 A1 | 5/2005 |
| WO | 2006062495 A1 | 6/2006 |
| WO | 2006069007 A2 | 6/2006 |
| WO | 2007133177 A2 | 11/2007 |
| WO | 2008042082 A2 | 4/2008 |
| WO | 2009115622 A1 | 9/2009 |

OTHER PUBLICATIONS

"Electromagnetic Shielding Fabrics", LessEMF.com website on Jul. 8, 2015 (pp. 19) http://www.lessemf.com/fabric.html.
"Ultraviolet (UV) Protection of Textiles: A Review", International Scientific Conference, Gabrovo on Nov. 19-20, 2010 by Mine Akgun et al. (pp. 11) http://www.singipedia.com/attachment.php?attachmentid=1907&d=1296035072.
"Textiles in Electromagnetic Radiation Protection", Journal of Safety Engineering, p-ISSN: 2325-0003 in 2013 by Subhankar Maity et al. (pp. 9) http://www.sapub.org/global/showpaperpdf.aspx?doi=10.5923/j.safety.20130202.01.
"UV Protection Textile Materials", AUTEX Research Journal, vol. 7, No. 1 in Mar. 2007 by D. Saravanan (pp. 10) http://www.autexrj.com/cms/zalaczone_pliki/6-07-1.pdf.

\* cited by examiner



**FIGURE 1**

Confidential    AQ-HawesVMacys_0016029



START
200
SUPPLY MULTIPLE PARTIALLY ORIENTED POLYESTER YARNS FROM MULTIPLE SUPPLY PACKAGES TO INPUT ROLLERS TO GENERATE MULTIPLE ORIENTED POLYESTER YARNS
202
HEAT MULTIPLE ORIENTED POLYESTER YARNS WITH PRIMARY HEATERS
204
COOL THE MULTIPLE ORIENTED POLYESTER YARNS WITH COOLING PLATES
206
TWIST THE MULTIPLE ORIENTED POLYESTER YARNS WITH FRICTION TWISTING UNITS
208
COLLECT THE MULTIPLE ORIENTED POLYESTER YARNS WITH INTERMEDIATE ROLLERS
210
INTERMINGLE THE FILAMENTS OF THE MULTIPLE ORIENTED POLYESTER YARNS WITH A UNIFORM PRESSURE OF AIR WITH INTERMINGLING JETS TO PROVIDE LOWER STABILITY INTERLACING AND HELP BIND FILAMENTS WITHIN EACH OF THE ORIENTED POLYESTER YARNS
212
HEAT THE MULTIPLE ORIENTED POLYESTER YARN WITH SECONDARY HEATERS
214
APPLY AN CONNING OIL TO THE MULTIPLE ORIENTED POLYESTER YARNS WITH OIL APPLICATORS
216
WIND THE MULTIPLE ORIENTED POLYESTER YARN TOGETHER ONTO ONE BOBBIN AT A 65-70 TYPE A SHORE HARDNESS THROUGH THE USE OF A WIPER GUIDE AND TRAVERSE GUIDE TO FORM A MULTI-PICK YARN PACKAGE

FIGURE 2



FIGURE 3

Confidential    AQ-HawesVMacys_0016031



FIGURE 4

Confidential     AQ-HawesVMacys_0016032



FIGURE 5

Confidential     AQ-HawesVMacys_0016033



Confidential

AQ-HawesVMacys_0016034

US 9,131,790 B2

1

# PROLIFERATED THREAD COUNT OF A WOVEN TEXTILE BY SIMULTANEOUS INSERTION WITHIN A SINGLE PICK INSERTION EVENT OF A LOOM APPARATUS MULTIPLE ADJACENT PARALLEL YARNS DRAWN FROM A MULTI-PICK YARN PACKAGE

## CLAIMS OF PRIORITY

This patent application claims priority from, and hereby incorporates by reference and claims priority from the entirety of the disclosures of the following cases and each of the cases on which they depend and further claim priority or incorporate by reference: U.S. Provisional patent application No. 61/866,047, titled 'IMPROVED PROCESS FOR MAKING TEXTURIZED YARN AND FABRIC FROM POLYESTER AND COMPOSITION THEREOF' filed on Aug. 15, 2013.

## FIELD OF TECHNOLOGY

This disclosure relates generally to textiles and, more particularly, to a method, a device and/or a system of a proliferated thread count of a woven textile by simultaneous insertion within a single pick insertion event of a loom apparatus multiple adjacent parallel yarns drawn from a multi-pick yarn package.

## BACKGROUND

A consumer textile, for example apparel or bed sheets, may possess several characteristics that make it desirable. One desirable characteristic may be comfort for fabrics that come in contact with human skin. Another desirable characteristic may be durability, as consumer textiles may be laundered in machine washers and dryers that may tend to shorten the useful lifespan of the textile. In commercial operations, machine laundering may occur more than in residential or small-scale settings, which may further shorten the lifespan of the textile.

For textiles that contact human skin (for example T-shirts, underwear, bed sheets, towels, pillowcases), one method to increase comfort may be to use cotton yarns. Cotton may have high absorbency and breathability. Cotton may also generally be known to have a good "feel" to consumers.

But cotton may not be robust when placed in an environment with heavy machine laundering. To increase durability while retaining the feel and absorbency of cotton, the cotton yarns may be woven in combination with synthetic fibers such as polyester. Cotton may be used as warp yarns, while synthetic yarns may be used as weft yarns.

Constructing the textile using yarns with a smaller denier may also increase comfort. Using these relatively fine yarns may yield a higher "thread count." A thread count of a textile may be calculated by counting the total weft yarns and warp yarns in along two adjacent edges of a square of fabric that is one-inch by one-inch. The thread count may be a commonly recognized indication of the quality of the textile, and the thread count may also be a measure that consumers associate with tactile satisfaction and opulence.

However, fine synthetic weft yarns, such as polyester, may break when fed into a loom apparatus. Cotton-polyester hybrid weaves may therefore be limited to larger denier synthetic yarns that the loom may effectively use. Thus, the thread count, and its associated comfort and luxury, may be limited.

2

In an attempt to claim high thread counts, some textile manufacturers may twist two yarns together, such that they may be substantially associated, before using them as a single yarn in a weaving process. A twisted yarn may yield properties in the textile similar to the use of a large denier yarn. Manufactures of textiles with twisted yarns may include within the advertised "thread count" each strand within each twisted yarn, even though the textile may not feel of satisfactory quality once it has been removed from its packaging and handled by the consumer. The Federal Trade Commission has taken the position in an opinion letter that it considers the practice of including each yarn within a twisted yarn in the thread count as deceptive to consumers.

Because fine denier yarns may break in a loom apparatus, cotton-synthetic blends may be limited to low thread counts and thus relatively low quality and comfort.

## SUMMARY

Disclosed are a method, a device and/or a system of proliferated thread count of a proliferated thread count of a woven textile by simultaneous insertion within a single pick insertion event of a loom apparatus multiple adjacent parallel yarns drawn from a multi-pick yarn package.

In one embodiment, a woven textile fabric includes from 90 to 235 ends per inch warp yarns and from 100 to 765 picks per inch multi-filament polyester weft yarns. The warp yarns may be made of a cotton material, and may have a total thread count is from 300 to 1000. The woven textile fabric may be made of multi-filament polyester yarns having a denier of 20 to 65. The woven textile fabric may have multi-filament polyester yarns having a denier of 15 to 35. The woven textile fabric may also have multi-filament polyester yarns have a denier of 20 to 25.

Additionally, the multi-filament polyester yarns may contain 10 to 30 filaments each. The woven textile fabric may have a minimum tensile strength in a warp direction of 17 kilograms to 65 kilograms and a minimum tensile strength in a weft direction of 11.5 kilograms to 100 kilograms. The woven textile fabric may have a warp-to-fill ratio that is between 1:2 to 1:4.

In another aspect, a method of weaving a fabric includes drawing multiple polyester weft yarns from a weft source to a pick insertion apparatus of a loom apparatus. The method also includes conveying by the pick insertion apparatus the multiple polyester weft yarns across a warp shed of the loom apparatus through a set of warp yarns in a single pick insertion event of the pick insertion apparatus of the loom apparatus and beating the multiple polyester weft yarns into a fell of the fabric with a reed apparatus of the loom apparatus such that the set of warp yarns and/or the multiple polyester weft yarns become interlaced into a woven textile fabric. The method forms the woven textile having from 90 to 235 ends per inch warp yarns and from 100 to 765 picks per inch multi-filament polyester weft yarns.

The denier of the polyester weft yarns may be between 15 and 50. The weft source may be a weft yarn package in which the multiple polyester weft yarns are wound substantially parallel to one another and substantially adjacent to one another to enable the simultaneous inserting of the multiple polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus. Further, the number of the multiple polyester weft yarns wound substantially parallel to one another and substantially adjacent to one another on the weft yarn package may be two. The number of the multiple polyester weft yarns conveyed by the pick insertion apparatus across the warp shed of the loom appara-

tus through the set of warp yarns in the single pick insertion event of the pick insertion apparatus of the loom apparatus may be between two and eight.

Additionally, the pick insertion apparatus of the loom apparatus may be an air jet pick insertion apparatus. The multiple polyester weft yarns may be wound on the yarn package at an angle of between 15 and/or 20 degrees to enable the simultaneous inserting of the multiple polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus. Additionally, the multiple polyester weft yarns may be wound on the yarn package at a type A shore hardness of between 65 to 70 to enable the simultaneous inserting of the multiple polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus. Further, the multiple polyester weft yarns may be treated with a conning oil comprising a petroleum hydrocarbon, an emulsifier and/or a surfactant to enable the simultaneous inserting of the multiple polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus. The pick insertion apparatus of the loom apparatus may be a rapier insertion apparatus and/or a bullet insertion apparatus.

An airflow of a primary nozzle and/or a fixed nozzle of an air jet pick insertion apparatus pick insertion apparatus may be adjusted to between 12 $Nm^3$/hr to 14 $Nm^3$/hr to enable the simultaneous inserting of the multiple polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus. The airflow of each relay nozzle in the air jet pick insertion apparatus pick insertion apparatus may be adjusted to between 100 and/or 140 millibars to enable the simultaneous inserting of the multiple polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus. A drive time of a drive time of a relay valve of the air jet pick insertion apparatus pick insertion apparatus may be adjusted to between 90 degrees and/or 135 degrees to enable the simultaneous inserting of the multiple polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus, and the multiple polyester weft yarns may have a denier of 22.5 with 14 filaments.

The multiple polyester weft yarns may be treated with a primary heater heated to approximately 180 degrees Celsius to enable the simultaneous inserting of the multiple polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus, and the multiple polyester weft yarn may be treated with a cooling plate at a temperature of between 0 and 25 degrees Celsius subsequent to the treating with the primary heater.

In yet another aspect, a bedding material having the combination of the "feel" and absorption characteristics of cotton and the durability characteristics of polyester with multi-filament polyester weft yarns having a denier of between 15 and 50 and cotton warp yarns woven in a loom apparatus that simultaneously inserts multiple of the multi-filament polyester weft yarns during a single pick insertion event of the loom apparatus in a parallel fashion such that each of the multiple polyester weft yarns maintain a physical adjacency between each other during the single pick insertion event, increasing the thread count of a woven fabric of the bedding material based on the usage of multi-filament polyester weft yarns with a denier between 15 and 50. The bedding is a woven textile fabric that includes from 90 to 235 ends per inch warp yarns and from 100 to 765 picks per inch multi-filament polyester weft yarns.

The total thread count of the bedding material may be from 300 to 1000 and each multi-filament polyester yarn count of the bedding material may have from 10 to 30 filaments each.

4

The methods and systems disclosed herein may be implemented in any means for achieving various aspects, and may be executed in a form of a non-transitory machine-readable medium embodying a set of instructions that, when executed by a machine, cause the machine to perform any of the operations disclosed herein. Other features will be apparent from the accompanying drawings and from the detailed description that follows.

BRIEF DESCRIPTION OF THE DRAWINGS

The embodiments of this invention are illustrated by way of example and not limitation in the figures of the accompanying drawings, in which like references indicate similar elements and in which:

FIG. 1 is a multi-pick yarn package construction view in which two discrete partially-oriented polyester yarns are oriented, texturized, convened to convened to parallel adjacency by a wiper guide, and then wound onto a single multi-pick yarn package, according to one or more embodiments.

FIG. 2 is a process diagram showing the procedure by which the partially-oriented polyester yarn may be oriented, texturized and wound on a spindle to form the multi-pick yarn package of FIG. 1, according to one or more embodiments.

FIG. 3 is a multi-pick yarn package view showing the parallel configuration of the adjacent texturized yarns and their crossing wind angle within the multi-pick yarn package, imposed by the wiper guide and traverse guide of FIG. 1, respectively, according to one or more embodiments.

FIG. 4 is a binary simultaneous weft insertion view of an exemplarily use of the multi-pick yarn package of FIG. 3 in which two adjacent parallel yarns forming a binary pick yarn package are fed into an air jet loom apparatus such that a primary nozzle simultaneously propels two picks across a warp shed of the loom apparatus in a single pick insertion event, according to one or more embodiments.

FIG. 5 is a quaternary simultaneous weft insertion view of an exemplarily use of more than one of the multi-pick yarn package of FIG. 3 in which two of the binary pick yarn packages of FIG. 4 are fed into an air jet loom apparatus such that a primary nozzle simultaneously propels four picks across a warp shed of the loom apparatus in a single pick insertion event, according to one or more embodiments.

FIG. 6 is a pseudo-plain weave diagram view and textile edge view that demonstrates the resulting 1×2 weave when the adjacent parallel yarn pair from the binary pick yarn package of FIG. 4 is conveyed across the warp shed of a loom apparatus configured to interlace warp and weft yarns after a single pick insertion event, according to one or more embodiments.

Other features of the present embodiments will be apparent from the accompanying drawings and from the detailed description that follows.

DETAILED DESCRIPTION

Disclosed are a method, a device and a system of a proliferated thread count of a woven textile by simultaneous insertion within a single pick insertion event of a loom apparatus multiple adjacent parallel yarns drawn from a multi-pick yarn package. Although the present embodiments have been described with reference to specific example embodiments, it will be evident that various modifications and changes may be made to these embodiments without departing from the broader spirit and scope of the various embodiments.

FIG. 1 is a multi-pick yarn package construction view in which two discrete partially-oriented polyester yarns are ori-

US 9,131,790 B2

5

ented, texturized, convened to convened to parallel adjacency by a wiper guide, and then wound onto a single multi-pick yarn package, according to one or more embodiments. Particularly, FIG. 1 illustrates a multi-pick yarn package 100, an adjacent parallel yarns 101, a supply package 102, a partially oriented polyester yarn (POY) 103, an oriented polyester yarn 104, an primary input roller 106, a secondary input roller 107, a primary heater 108, a cooling plate 110, a friction twisting unit 112, an intermediate roller 114, a secondary heater 116, an output roller 118, an oil applicator 120, a texturized yarn 122, a wiper guide 124, and a traverse guide 126.

In the embodiment of FIG. 1, the multi-pick yarn package 100 may be formed from two of the partially oriented polyester yarns 103 (POY) that may be oriented and texturized by a number of elements set forth in FIG. 1. The multi-pick yarn package 100 may be used to supply weft yarns (weft yarns may also be known as "fill," "picks," "woof" and/or "filling yarns") in any type of loom apparatus, including those with pick insertion mechanisms such as rapier, bullet, magnetic levitation bullet, water jet and/or air jet. In one preferred embodiment, and as described in conjunction with the description of FIG. 4 and FIG. 5, the loom may use an air jet pick insertion mechanism. The partially oriented polyester yarn 103 may be comprised of one or more extruded filaments of polyester.

The primary input roller 106 may draw the partially oriented polyester yarn 103 from the supply package 102. The secondary input roller 107, which may operate at a higher speed than the primary input roller 106, may then draw the partially oriented polyester yarn 103 from the primary input roller 106, forming the oriented polyester yarn 104. In a preferred embodiment, the secondary input roller 107 rotates at 1.7 times the speed of the primary input roller 106.

The oriented polyester yarn 104 may then be drawn through the primary heater 108. The primary heaters may be heated to a temperature between 50° C. and 200° C. In one preferred embodiment, the primary heater may be set to 190° C. After leaving the heater, the oriented polyester yarn 104 may then be exposed to the cooling plate 110 that may be set at a temperature between 0° C. and room temperature (e.g., about 20-25° C.). The cooling plate may also be set at temperatures between 25° C. and 40° C., and in one preferred embodiment 38° C.

The intermediate roller 114 may draw the oriented polyester yarn 104 from the cooling plate 110 to the friction twisting unit 112. The friction twisting unit 112 (e.g., an FTU) may twist/detwist the filaments within the oriented polyester yarn 104 such that it gains a texture (e.g., such that the resulting textile the oriented polyester yarn 104 may be woven into gains in "body" or heft) and may also provide a low stability interlacing in the weaving process. The friction twisting unit 112 may also help to intermingle the polyester filaments that may comprise the oriented polyester yarn 104. The twist imparted by the friction twisting unit 112 may be translated through the oriented polyester yarn 104 back to the primary heater 108, which, in conjunction with the cooling plate 110, may "fix" the molecular structure of the twisted filaments of the oriented polyester yarn 104, imbuing it with a "memory" of torsion.

The intermediate roller 114 may convey the oriented polyester yarn 104 to the intermingling jet 115 that may apply a uniform air pressure to the oriented polyester yarn 104 to provide counter-twist to the friction twisting unit 112. The oriented polyester yarn 104 may then be heated by the secondary heater 116. The secondary heater 116 may be set to between 50° C. and 200° C. In one preferred embodiment, the

6

intermingling jet 115 may be set to a pressure of 2 bars and the secondary heater 116 may be set to a temperature of 170° C.

The output roller 118 may convey the oriented polyester yarn 104 to the oil applicator 120. The oil applicator 120 may apply conning oil. The conning oil applied by the oil applicator 120 may act as a lubricant, reducing a friction between two or more yarns (e.g., several of the oriented polyester yarns 104) and between one or more yarns and a loom apparatus (e.g., metallic components the oriented polyester yarn 104 may contact). The conning oil may also minimize a static charge formation of synthetic yarns. The conning oil may be comprised of a mineral oil (e.g., a petroleum hydrocarbon), a moisture, an emulsifier (e.g., a non ionic surfactant, a fatty alcohol an ethoxylatlate, and/or a fatty acid), and/or a surfactant. In addition, as will be shown and described in conjunction with the description of FIG. 4, the conning oil may help prevent a dissociation of the adjacent parallel yarns 101 when the adjacent parallel yarns 101 are propelled across a warp shed 408 during a single pick insertion event 416 of a loom apparatus 405. The rate at which the oil applicator 120 applies the conning oil may be adjusted to a minimum amount required to prevent dissociation of the adjacent parallel yarns 101 during a pick insertion event (e.g., the single pick insertion event 416 of FIG. 4), depending on the type of loom apparatus employed.

After conning oil may be applied by the oil applicator 120, the oriented polyester yarn 104 may be the texturized yarn 122 ready to be wound on a yarn supply package spindle (e.g., to become the multi-pick yarn package 100).

The wiper guide 124 may collect and convene multiple of the texturized yarns 122 such that the texturized yarns 122 become the adjacent parallel yarns 101. The adjacent parallel yarns 101 may then enter the traverse guide 126, which may wind the adjacent parallel yarns 101 onto a spool to form the multi-pick yarn package 100. The traverse guide 126 may wind the multi-pick yarn package 100 at a crossing wind angle of between 15-20° (e.g., the crossing wind angle 300 of FIG. 3, denoted θ), and at a type A shore hardness of between 65 and 70. In one preferred embodiment, the number of texturized yarns 122 that may be convened by the wiper guide 124 to be would onto the multi-pick yarn package 100 may be two (e.g., the binary pick yarn package 400 of FIG. 4).

In one preferred embodiment, the partially oriented polyester yarn 103 may have a denier of 22.5 with 14 polyester filaments. In another preferred embodiment, the partially oriented polyester yarn 103 may have a denier of between 15 and 25. One skilled in the art will know that denier may be a unit of measure for a linear mass density of a fiber, such measure defined as the mass in grams per 9000 meters of the fiber. The wiper guide 124 may substantially unite the texturized yarn 122 into the adjacent parallel yarns 101 such that, if considered a unitary yarn, the adjacent parallel yarns 101 may have 28 filaments and a denier of about 45. In contrast, if two of the partially oriented polyester yarns 103 with 14 filaments and a denier of 22.5 are twisted around one another, the twisted yarns, if considered a unitary yarn, may have a denier higher than 45 due to increased linear mass density of twisted fibers within a given distance. Yarns twisted in this fashion may also not qualify as independent yarns for calculating thread count according to industry standards of regulatory bodies.

FIG. 2 is a process diagram showing the procedure by which the partially-oriented polyester yarn may be oriented, texturized and wound on a spindle to form the multi-pick yarn package of FIG. 1, according to one or more embodiments. In operation 200, multiple partially oriented polyester yarns (e.g., the partially oriented polyester yarns 103) may be supplied to input rollers to yield oriented yarn (e.g., the oriented

US 9,131,790 B2

| 7 | 8 |

polyester yarn 104). In operation 202, multiple oriented yarns are heated by two primary heaters. In operation 204, the multiple oriented polyester yarns may be cooled by cooling plates. In operation 206, the multiple oriented polyester yarns may be twisted, individually, by friction twisting units. In operation 208, the oriented polyester yarns may be collected by intermediate rollers. In operation 210, the filaments of the oriented polyester yarns may be intermingled, individually, by a uniform pressure of air by intermingling jets to provide lower stability interlacing and help bind the filaments within each individual partially oriented polyester yarn 104.

In operation 212, the multiple of the oriented polyester yarns may be heated by secondary heaters, and in operation 214, the oriented polyester yarns may have conning oil applied to each yarn by oil applicators. In operation 216, the oriented polyester yarns (which may now be the texturized yarns 122), may be wound onto a single spindle at 65-70 type A shore hardness through the use of a wiper guide and traverse guide to form the multi-pick yarn package 100.

FIG. 3 is a multi-pick yarn package view 350 showing the parallel configuration of the adjacent texturized yarns and their crossing wind angle within the multi-pick yarn package, imposed by the wiper guide and traverse guide of FIG. 1, respectively, according to one or more embodiments. Particularly, FIG. 3 further illustrates a crossing wind angle 300 (denoted θ), and a bobbin 302.

In the embodiment of FIG. 3, the multi-pick yarn package 100 is shown wound with the adjacent parallel yarns 101 comprising two of the texturized yarns 122. The adjacent parallel yarns 101 may be wound on a bobbin 302. The bobbin may also be a strait or a tapered bobbin. The crossing wind angle 300 may be the acute angle formed at the intersection between the adjacent parallel yarns 101 deposited in a first pass of the traverse guide 126 and the adjacent parallel yarns 101 in a subsequent pass of the traverse guide 126, as shown in FIG. 3.

FIG. 4 is a binary simultaneous weft insertion view 450 of an exemplarily use of the multi-pick yarn package of FIG. 3 in which two adjacent parallel yarns forming a binary pick yarn package are fed into an air jet loom apparatus such that a primary nozzle simultaneously propels two picks across a warp shed of the loom apparatus in a single pick insertion event, according to one or more embodiments. Particularly, FIG. 4 further illustrates a binary pick yarn package 400 (e.g., the multi-pick yarn package 100 wound with two of the texturized yarns 122), a parallel binary yarns 401, an accumulator 402, a weft source 403 a cross section of a pick insertion apparatus 404 (e.g., an air jet pick insertion apparatus), a primary nozzle 406 comprised of a fixed main nozzle 407 and a moveable main nozzle 409, a nozzle injector 408, a yarn guide 410, a warp shed 412, a reed apparatus 414 (e.g., a profiled reed of the air jet loom), a single pick insertion event 416, a relay nozzle 418, a textile 420, a fabric fell 422, and a warp/weft interlacing 424.

The loom apparatus 405 (e.g., a rapier loom, a bullet loom, an air jet loom) may accept a weft source 403 supplying the adjacent parallel yarns 101. In the embodiment of FIG. 4, the loom apparatus 405 may be an air jet loom apparatus (e.g., a Picanol Omni Plus®, a Picanol Omni Plus® 800) and the weft source 403 may be the binary pick yarn package 400, which is the multi-pick yarn package 100 wound with two of the adjacent parallel yarns 101 in accordance with the process of FIG. 1 and FIG. 2. The two of the adjacent parallel yarns 101 drawn from the binary pick yarn package 400 and fed into the loom apparatus 405 may be referred to as the parallel binary yarns 401.

The parallel binary yarns 401 may be fed into the air jet loom apparatus and the elements thereof in accordance with ordinary practice to one skilled in the art. FIG. 4 illustrates some of the elements of an air jet loom apparatus that may interact with the parallel binary yarns 401 such as the accumulator 402, the primary nozzle 406, the fixed main nozzle 407, the moveable main nozzle 409, the profiled reed (e.g., the reed apparatus 414 of the air jet loom) and the relay nozzles 418.

For example, the parallel binary yarns 401 from the binary pick yarn package 400 may be fed into an accumulator 402 of the air jet pick insertion apparatus. The accumulator 402 may be designed to collect and hold in reserve between each of the single pick insertion events 416 a length of the parallel binary yarns 401 needed to cross the warp shed 412 with a minimal unwinding resistance. Next, the parallel binary yarns 401 may pass into the pick insertion apparatus 404 (in the embodiment of FIG. 4, a cross section of an air jet pick insertion apparatus is shown). The primary nozzle 406 may be comprised of one or more individual nozzles. In the embodiment of FIG. 4, the primary nozzle 406 is comprised of the fixed main nozzle 407 and the moveable main nozzle 409. The primary nozzle 406 may accept the adjacent parallel yarns 101 through a yarn guide 410 of a nozzle injector 408 that may be present in both the fixed main nozzle 407 and the moveable main nozzle 409. In an alternate embodiment, the primary nozzle 406 may be comprised of a single nozzle.

Air entering the fixed main nozzle 407 and/or the moveable main nozzle 409 may drive back the nozzle injector 408 and propel the parallel binary yarns 401 across the warp shed 412 of the loom apparatus 405. The airflow of the primary nozzle may be adjusted to between 12 $Nm^3$/hour to 14 $Nm^3$/hour. The airflow of the fixed main nozzle 407 may be adjusted to between 12 $Nm^3$/hour to 14 $Nm^3$/hour and a drive time of the relay valves (not shown in the embodiment of FIG. 4) may be adjusted to between 90° and 135°.

The parallel binary yarns 401 may enter the warp shed 412 of the loom apparatus 405. With the air jet pick insertion apparatus of FIG. 4, the parallel binary yarns 401 may be aided in crossing the warp shed 412 by a plurality of relay nozzles 418 associated with a reed apparatus 414 that, to aid in gaseous conveyance of the picks, may be a profiled reed. Each of the relay nozzles 418 may be adjusted to between 100 mbar to 14 mbar.

The parallel binary yarns 401 drawn from the multi-pick yarn package may cross the warp shed 412 in the single pick insertion event 416. The single pick insertion event 416 is the operation and/or process of the pick insertion apparatus 404 that is known in the art to be ordinarily associated with the projection of yarns (or yarns comprised of multiple yarns twisted together) across the warp shed 412. For example, the yarn threaded through the yarn guide 410 of the primary nozzle 406 may be a single yarn that yarn may be projected across the warp shed 412 of the loom apparatus 405 in a single burst (or rapid timed succession of bursts) of pressurized air from a single of the primary nozzles 406. In another example, the single pick insertion event 416 may be one cycle of a rapier arm (e.g., a rapier pick insertion apparatus) through the warp shed 412.

Upon crossing the warp shed 412 of the loom apparatus 405, the reed apparatus 414 may "beat up" (e.g., perform a beat up motion) the parallel binary yarns 401, forcing them into the fabric fell 422 (also known as "the fell of the cloth") of the textile 420 that the loom apparatus 405 may be producing. The beat up motion of the reed apparatus 414 may form the warp/weft interlacing 424 of the warp yarns 426 and the

9

parallel binary yarns **401** (e.g., the weft yarns), producing an incremental length of the textile **420**.

FIG. **5** is a quaternary simultaneous weft insertion view **550** of an exemplarily use of more than one of the multi-pick yarn package of FIG. **3** in which two of the binary pick yarn packages of FIG. **4** are fed into an air jet loom apparatus such that a primary nozzle simultaneously propels four picks across a warp shed of the loom apparatus in a single pick insertion event, according to one or more embodiments. Particularly, FIG. **5** further illustrates the use of a parallel quaternary yarns **501**.

In FIG. **5**, the weft source **403** may be two of the binary pick yarn packages **400** of FIG. **4**, each supplying two of the parallel binary yarns **401** (e.g., four of the texturized yarns **122**), that may be fed into the pick insertion apparatus **404** of the loom apparatus **405** (in the embodiment of FIG. **5**, the air jet loom) such that the two parallel binary yarns **401** may become the parallel quaternary yarn **501**. Therefore, four of the texturized yarns **122** may be threaded through the yarn guide **410** of the primary nozzle **406**, and all four of the texturized yarns **122** may be projected across the warp shed **412** in a single burst of pressurized air from the primary nozzle **406**. To further illustrate, the four of the texturized yarns **122** (e.g., the parallel quaternary yarns **501**) shown in FIG. **5** may be substantially adjacent and parallel as opposed to twisted around one another.

In an alternate embodiment not shown in FIG. **4** or FIG. **5**, the weft source **403** of the loom apparatus **405** may be three or more of the multi-pick yarn packages **100**. For example, the weft source **403** may be four binary pick yarn packages **400**. In such a case, eight of the texturized yarns **122** may be projected across the warp shed **412** during the single pick insertion event **416**. In one embodiment, the highest thread counts (e.g., 800, 1000) may be yielded by using four of the binary pick yarn packages **400** as the weft source **403**.

In yet another embodiment not shown in FIG. **4** or FIG. **5**, there may also be an odd number of the texturized yarns **122** (e.g., a tertiary parallel yarns) propelled across the warp shed **412** in the single pick insertion event **416**, for example of the weft source **403** was composed of a the single-pick yarn package along with one of the binary pick yarn packages **400** of FIG. **4**. The tertiary parallel yarns may also result where the multi pick yarn package **100** is wound with three of the texturized yarns **122** by the process of FIG. **1** and FIG. **2**. In addition, the deniers of the texturized yarns **122** wound on the multi-pick yarn package **100** may be heterogeneous.

It will be recognized to one skilled in the art that the loom apparatus **405** may have tandem, multiple, or redundancies of the pick insertion apparatuses **404** which may insert yarns in an equal number of the single pick insertion events **416**. For example, an air jet loom apparatus may have multiple of the primary nozzles **406** (e.g., four, eight). A number of the primary nozzles **406** may each insert the adjacent parallel yarns **101** in a corresponding number of the single pick insertion events **416** before the reed apparatus **414** beats the adjacent parallel yarns **101** into the fabric fell **422**. For example, an air jet loom utilizing six of the primary nozzles **406**, with each of the primary nozzles **406** supplied by one of the binary pick yarn packages **400**, may project six the parallel binary yarns **401** across the warp shed **412** in six of the single pick insertion events **416** that are distinct. In such an example, twelve of the texturized yarns **122** would be beat into the fabric fell **422** during the beat up motion of the reed apparatus **414**. In one embodiment, the highest thread counts (e.g., 800, 1000) may be yielded by using multiple of the pick insertion apparatuses **404** (e.g., four, each projecting two of the adjacent parallel

10

yarns **101** across the warp shed **412** before the reed apparatus **414** carries out the beat-up motion).

FIG. **6** is a pseudo-plain weave diagram view **650** and textile edge view **651** that demonstrates the resulting 1×2 weave when the adjacent parallel yarn pair from the binary pick yarn package of FIG. **4** is conveyed across the warp shed of a loom apparatus configured to interlace warp and weft yarns after a single pick insertion event, according to one or more embodiments. Particularly, FIG. **6** further illustrates a woven fabric interlacing diagram **600** having sections with a weft under warp **602**, a weft over warp **604**, a weft direction **606**, and a warp direction **608**.

FIG. **6** shows the woven fabric interlacing diagram **600** that may result when a loom apparatus (e.g., the loom apparatus **405**) is configured to interlace the warp yarns **426** and the adjacent parallel yarns **101** drawn from the binary pick yarn package **400** of FIG. **4** after a single pick insertion event **416**. Because two of the texturized yarns **122** may be wound on the binary pick yarn package **400**, the resulting woven fabric interlacing may be a "1 by 2" weave with the weft under warp **602** and weft over warp **604** alternating after each of the warp yarns **426** in the weft direction **606** and alternating after each two of the texturized yarns **122** in the warp direction **608**. For example, while the loom apparatus may be traditionally configured to produce a textile with a plain wave (e.g., having a woven fabric interlacing diagram **600** of alternating weft under warp **602** and weft over warp **604** in both the weft direction **606** and the warp direction **608**, similar to chess board), the result will be a the 1 by 2 "pseudo-plain weave" woven fabric interlacing diagram **600** of FIG. **6**.

The warp yarns **426** of a textile produced using the multi-pick yarn package **100** (e.g., the textile **420**) may be comprised of natural or synthetic fibers, and the weft yarns may be polyester weft yarns (e.g., the adjacent parallel yarns **101** comprised of multiple of the texturized yarns **122**). In one preferred embodiment, the warp yarns may be made of cotton.

The textile produced from the multi-pick yarn package **100** may have between 90 and 235 warp yarn ends per inch, between 100 and 765 picks per inch, and may have a warp-to-fill ratio between 1:2 and 1:4 (in other words, 1 warp yarn per every 4 weft yarns). The textile produced using the multi-pick yarn package **100** may have a thread count of between 200 to 1000, a minimum tensile strength of 17.0 kg to 65.0 kg (about 37.5 lbs to 143.5 lbs) in the warp direction **608**, and a minimum tensile strength of 11.5 kg to 100.0 kg (about 25.4 lbs to 220.7 lbs) in the weft direction **606**. In one or more embodiments the textile manufactured using the multi-pick yarn package **100** may have a composition of 45-49% texturized polyester yarn (e.g., the texturized yarn **122**) and 51-65% cotton yarn.

The partially oriented polyester yarn **103** (that becomes the texturized yarn **122** after undergoing operations **200** through **216** of FIG. **2**) may have multiple filaments and may have a denier of between 15 and 50. In one preferred embodiment, the partially oriented polyester yarn **103** may have about a denier of about 20 and have about 14 filaments.

The resulting fabric produced may be of exceptionally high quality compared to prior-art cotton-synthetic hybrid weaves due to its high thread count. To further increase quality and comfort of the textile, the fabric may be finished by brushing the surface to increase softness (a process known as "peaching" or "peach finishing"). In addition, various other finishing methods may be used in association with the textile produced from the multi-pick yarn package **100** to increase the resulting textile's quality.

US 9,131,790 B2

11

In one embodiment, a woven textile fabric includes from 90 to 235 ends per inch warp yarns and from 100 to 765 picks per inch multi-filament polyester weft yarns. The warp yarns may be made of a cotton material, and may have a total thread count is from 300 to 1000. The woven textile fabric may be made of multi-filament polyester yarns having a denier of 20 to 65. The woven textile fabric may have multi-filament polyester yarns having a denier of 15 to 35. The woven textile fabric may also have multi-filament polyester yarns have a denier of 20 to 25.

Additionally, the multi-filament polyester yarns may contain 10 to 30 filaments each. The woven textile fabric may have a minimum tensile strength in a warp direction of 17 kilograms to 65 kilograms and a minimum tensile strength in a weft direction of 11.5 kilograms to 100 kilograms. The woven textile fabric may have a warp-to-fill ratio that is between 1:2 to 1:4.

In another aspect, a method of weaving a fabric includes drawing multiple polyester weft yarns from a weft source to a pick insertion apparatus of a loom apparatus. The method also includes conveying by the pick insertion apparatus the multiple polyester weft yarns across a warp shed of the loom apparatus through a set of warp yarns in a single pick insertion event of the pick insertion apparatus of the loom apparatus and beating the multiple polyester weft yarns into a fell of the fabric with a reed apparatus of the loom apparatus such that the set of warp yarns and/or the multiple polyester weft yarns become interlaced into a woven textile fabric. The method forms the woven textile having from 90 to 235 ends per inch warp yarns and from 100 to 765 picks per inch multi-filament polyester weft yarns.

The denier of the polyester weft yarns may be between 15 and 50. The weft source may be a weft yarn package in which the multiple polyester weft yarns are wound substantially parallel to one another and substantially adjacent to one another to enable the simultaneous inserting of the multiple polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus. Further, the number of the multiple polyester weft yarns wound substantially parallel to one another and substantially adjacent to one another on the weft yarn package may be two. The number of the multiple polyester weft yarns conveyed by the pick insertion apparatus across the warp shed of the loom apparatus through the set of warp yarns in the single pick insertion event of the pick insertion apparatus of the loom apparatus may be between two and eight.

Additionally, the pick insertion apparatus of the loom apparatus may be an air jet pick insertion apparatus. The multiple polyester weft yarns may be wound on the yarn package at an angle of between 15 and/or 20 degrees to enable the simultaneous inserting of the multiple polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus. Additionally, the multiple polyester weft yarns may be wound on the yarn package at a type A shore hardness of between 65 to 70 to enable the simultaneous inserting of the multiple polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus. Further, the multiple polyester weft yarns may be treated with a conning oil comprising a petroleum hydrocarbon, an emulsifier and/or a surfactant to enable the simultaneous inserting of the multiple polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus. The pick insertion apparatus of the loom apparatus may be a rapier insertion apparatus and/or a bullet insertion apparatus.

An airflow of a primary nozzle and/or a fixed nozzle of the air jet pick insertion apparatus pick insertion apparatus may

12

be adjusted to between 12 $Nm^3$/hr to 14 $Nm^3$/hr to enable the simultaneous inserting of the multiple polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus. The airflow of each relay nozzle in the air jet pick insertion apparatus pick insertion apparatus may be adjusted to between 100 and/or 140 millibars to enable the simultaneous inserting of the multiple polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus. A drive time of a drive time of a relay valve of the air jet pick insertion apparatus pick insertion apparatus may be adjusted to between 90 degrees and/or 135 degrees to enable the simultaneous inserting of the multiple polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus, and the multiple polyester weft yarns may have a denier of 22.5 with 14 filaments.

The multiple polyester weft yarns may be treated with a primary heater heated to approximately 180 degrees Celsius to enable the simultaneous inserting of the multiple polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus, and the multiple polyester weft yarn may be treated with a cooling plate at a temperature of between 0 and 25 degrees Celsius subsequent to the treating with the primary heater.

In yet another aspect, a bedding material having the combination of the "feel" and absorption characteristics of cotton and the durability characteristics of polyester with multi-filament polyester weft yarns having a denier of between 15 and 50 and cotton warp yarns woven in a loom apparatus that simultaneously inserts multiple of the multi-filament polyester weft yarns during a single pick insertion event of the loom apparatus in a parallel fashion such that each of the multiple polyester weft yarns maintain a physical adjacency between each other during the single pick insertion event, increasing the thread count of a woven fabric of the bedding material based on the usage of multi-filament polyester weft yarns with a denier between 15 and 50. The bedding is a woven textile fabric that includes from 90 to 235 ends per inch warp yarns and from 100 to 765 picks per inch multi-filament polyester weft yarns.

The total thread count of the bedding material may be from 300 to 1000 and each multi-filament polyester yarn count of the bedding material may have from 10 to 30 filaments each.

Although the present embodiments have been described with reference to specific example embodiments, it will be evident that various modifications and changes may be made to these embodiments without departing from the broader spirit and scope of the various embodiments. In addition, the process flows depicted in the figures do not require the particular order shown, or sequential order, to achieve desirable results. In addition, other operations may be provided, or operations may be eliminated, from the described flows, and other components may be added to, or removed from, the described systems. Accordingly, other embodiments are within the scope of the following claims.

What is claimed is:

1. A woven textile fabric comprising:
   from 90 to 235 ends per inch warp yarns; and
   from 100 to 765 picks per inch multi-filament polyester weft yarns;
   wherein the picks are woven into the textile fabric in groups of at least two multi-filament polyester weft yarns running parallel to each other,
   wherein the multi-filament polyester weft yarns are wound substantially parallel to one another and substantially adjacent to one another on a multi-pick yarn package to enable the simultaneous inserting of the multi-filament

US 9,131,790 B2

13

polyester weft yarns during a single pick insertion event of a pick insertion apparatus of a loom apparatus,

wherein the number of the multi-filament polyester weft yarns wound substantially parallel to one another and substantially adjacent to one another on the weft yarn package is two,

wherein the number of the multi-filament polyester weft yarns conveyed by the pick insertion apparatus across a warp shed of the loom apparatus through a set of warp yarns in the single pick insertion event of the pick insertion apparatus of the loom apparatus is between two and eight,

wherein the pick insertion apparatus of the loom apparatus is an air jet pick insertion apparatus,

wherein the multi-filament polyester weft yarns are wound on the multi-pick yarn package at an angle of between 15 and 20 degrees to enable the simultaneous inserting of the multi-filament polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus, and

wherein the multi-filament polyester weft yarns are wound on the multi-pick yarn package at a type a shore hardness of between 65 to 70 to enable the simultaneous inserting of the multi-filament polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus.

2. The woven textile fabric of claim 1:
wherein the warp yarns are made of a cotton material.

3. The woven textile fabric of claim 2:
wherein a total thread count is from 300 to 1000.

4. The woven textile fabric of claim 1:
wherein the multi-filament polyester yarns have a denier of 20 to 65.

5. The woven textile fabric of claim 1:
wherein the multi-filament polyester yarns have a denier of 15 to 35.

6. The woven textile fabric of claim 2:
wherein the multi-filament polyester yarns have a denier of 20 to 25.

7. The woven textile fabric of claim 6:
wherein the multi-filament polyester yarns contain 10 to 30 filaments each.

8. The woven textile fabric of claim 7:
wherein the fabric has a minimum tensile strength in a warp direction of 17 kilograms to 65 kilograms,
wherein the fabric has a minimum tensile strength in a weft direction of 11.5 kilograms to 100 kilograms, and
wherein the fabric has a warp-to-fill ratio is between 1:2 to 1:4.

9. The woven textile fabric of claim 1:
wherein weft yarns within each group run parallel to each other in a plane which substantially includes the warp yarns.

10. The woven textile fabric of claim 1:
wherein each of the groups is made up of four multi-filament polyester weft yarns.

11. A woven textile fabric comprising:
from 90 to 235 ends per inch warp yarns; and
from 100 to 765 picks per inch multi-filament polyester weft yarns;

14

wherein the picks are woven into the textile fabric in groups of two multi-filament polyester weft yarns running parallel to each other,

wherein the multi-filament polyester weft yarns are wound substantially parallel to one another and substantially adjacent to one another on a multi-pick yarn package to enable the simultaneous inserting of the multi-filament polyester weft yarns during a single pick insertion event of a pick insertion apparatus of a loom apparatus,

wherein the number of the multi-filament polyester weft yarns wound substantially parallel to one another and substantially adjacent to one another on the weft yarn package is two,

wherein the number of the multi-filament polyester weft yarns conveyed by the pick insertion apparatus across a warp shed of the loom apparatus through a set of warp yarns in the single pick insertion event of the pick insertion apparatus of the loom apparatus is two,

wherein the multi-filament polyester weft yarns are wound on the multi-pick yarn package at an angle of between 15 and 20 degrees to enable the simultaneous inserting of the multi-filament polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus, and

wherein the multi-filament polyester weft yarns are wound on the multi-pick yarn package at a type a shore hardness of between 65 to 70 to enable the simultaneous inserting of the multi-filament polyester weft yarns during the single pick insertion event of the pick insertion apparatus of the loom apparatus.

12. The woven textile fabric of claim 11:
wherein the warp yarns are made of a cotton material.

13. The woven textile fabric of claim 12:
wherein a total thread count is from 300 to 1000.

14. The woven textile fabric of claim 11:
wherein the multi-filament polyester yarns have a denier of 20 to 65.

15. The woven textile fabric of claim 11:
wherein the multi-filament polyester yarns have a denier of 15 to 35.

16. The woven textile fabric of claim 12:
wherein the multi-filament polyester yarns have a denier of 20 to 25.

17. The woven textile fabric of claim 16:
wherein the multi-filament polyester yarns contain 10 to 30 filaments each.

18. The woven textile fabric of claim 17:
wherein the fabric has a minimum tensile strength in a warp direction of 17 kilograms to 65 kilograms,
wherein the fabric has a minimum tensile strength in a weft direction of 11.5 kilograms to 100 kilograms, and
wherein the fabric has a warp-to-fill ratio is between 1:2 to 1:4.

19. The woven textile fabric of claim 11:
wherein weft yarns within each group run parallel to each other in a plane which substantially includes the warp yarns.

\* \* \* \* \*