**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| SARA HAWES | : | Case No. 1:17-cv-00754 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| MACY'S WEST STORES, INC., | : | |
| Defendant. | : | |

**ORDER TEMPORARILY GRANTING MOTION (DOC. 125) FOR LEAVE TO FILE UNDER SEAL AND REMOVE PUBLIC RECORD DOCUMENTS**

This civil action is before the Court on parties' joint motion to file documents under a temporary seal (Doc. 125) pursuant to the protective order in this case. (Doc. 71) and to remove records incorrectly filed publicly on the docket by Plaintiffs.

In order to seal court records, a district court must set forth specific findings and conclusions which justify filing documents under seal. *See Shane Grp. Inc. v. Blue Cross Blue Shield*, 825 F.3d 299, 306 (6th Cir. 2016). The Court cannot make such a finding at this time, thus the Court **TEMPORARILY GRANTS** Plaintiff leave to file the materials described in the motion (Doc. 125) under seal. *See* Local Rule 5.2.1. Pursuant to the protective order, any party seeking to maintain the seal will submit a written motion to restrict public access within 14 days of the date of this order. (*See* Doc. 71, Section 8(d)). Any opposition to the motion shall be filed within 14 days of the filing of the written motion.

The Court also GRANTS the parties' request to remove documents mistakenly filed on the public docket so they may be re-filed under the temporary seal. Accordingly, Doc 124-3, Doc. 124-4, and Doc 124-5 are STRICKEN.

**IT IS SO ORDERED.**

Date:  8/26/2021                                                                   *s/Timothy S. Black*
                                                                                                   Timothy S. Black
                                                                                                   United States District Judge