# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

SARA HAWES, et al.,

    Plaintiffs,

  v.

MACY'S, INC., et al.,

    Defendants.

Case No. 1:17-cv-754
JUDGE DOUGLAS R. COLE

_____

CASSANDRA CHIARALUCE, et al.,

    Plaintiffs,

  v.

MACY'S, INC., et al.,

    Defendants.

Case No. 2:20-cv-81
JUDGE DOUGLAS R. COLE

## ORDER

Pursuant to the Joint Motion to Modify Class Notice and to Extend Deadlines, and for good cause shown, IT IS HEREBY ORDERED that the Notice Plan is modified to allow use of the proposed postcard notice attached as Exhibit 1 to the Declaration of Steve Platt.  IT IS FURTHER ORDERED that the following deadlines are modified as set forward below:

| Description | New dates |
|---|---|
| **Notice to begin** | July 8, 2023 |
| **Plaintiffs' motion concerning fees, expenses, and service awards due** | August 6, 2023 |
| **Opt-out deadline** | September 6, 2023 |
| **Objection deadline** | September 6, 2023 |
| **Plaintiffs' motion for final approval due** | September 27, 2023 |
| **Deadline for Settlement Administrator to certify to Court concerning notice** | October 6, 2023 |
| **Final approval hearing** | October 20, 2023 |

SO ORDERED.

June 21, 2023
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**