**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| SARA HAWES, *et al.*, | Civil Action: 1:17-CV-00754 |
| Plaintiffs, | Judge Douglas R. Cole |
| v. | |
| MACY'S WEST STORES, INC., | |
| Defendant. | |
| CHIARALUCE, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action: 2:20-CV-00081 |
| MACY'S INC., *et al.*, | Judge Douglas R. Cole |
| Defendants. | |

**DEFENDANTS' MOTION FOR FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT**

Come now Defendants Macy's Inc., Macy's Retail Holdings, Inc. n/k/a Macy's Retail Holdings, LLC, Macy's West Stores, Inc. n/k/a Macy's Retail Holdings, LLC, and Macys.com, LLC, through counsel, hereby move this Court for an order granting Plaintiffs' Motion for Final Approval of the Class Action Settlement in the above-referenced cases. A memorandum in support is filed herewith.

Respectfully submitted this the 27th day of September, 2023.

*/s/ Beth A. Bryan*
Beth A. Bryan (Ohio Reg. 0082076)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Phone: (513) 381-2838
Fax: (513) 381-0205
bryan@taftlaw.com

Jennifer K. Van Zant (admitted pro hac vice)
NC State Bar No. 21280
Andrew L. Rodenbough (admitted pro hac vice)
NC State Bar No. 46364
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
230 North Elm Street
2000 Renaissance Plaza
Greensboro, NC 27401
Telephone: (336) 373-8850
Facsimile: (336) 378-1001
jvanzant@brookspierce.com
arodenbough@brookspierce.com

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the Court's CM/ECF system, which will send electronic notification to all counsel of record.

*/s/ Beth A. Bryan*
Beth A. Bryan