# Exhibit A

ANGEION GROUP
Writing the Rules

1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

March 12, 2024

Re: Hawes/Chiaraluce vs. Macy Settlement Claims Report

This report provides a summary of the claims received by Angeion, the court appointed settlement administrator, in *Hawes v. Macy's West Stores, Inc.,* No. 1:17-cv-00754 and *Chiaraluce v. Macy's Inc. et al.*, No. 2:20-cv-00081.

The deadline for Class Members to submit a Claim Form is One Hundred Eighty (180) Calendar Days after the Effective Date. As of February 29, 2024, Angeion has received 1,573,256 Claim Form submissions. Of those claims received, 117,153 are preliminarily verified. Angeion will continue to keep the parties apprised of the number of Claim Form submissions received.

| **Angeion Claims Summary Report** | |
|---|---|
| **Description** | **Count** |
| Total Claims | 1,573,256 |
| *Preliminarily Verified* | *117,153* |

Kevin Tran
Project Manager
Angeion Group