## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| SARA HAWES, *et al.*, | |
| Plaintiffs, | Civil Action: 1:17-CV-00754 |
| v. | Judge Douglas R. Cole |
| MACY'S WEST STORES, INC., | |
| Defendant. | |
| CHIARALUCE, *et al.*, | |
| Plaintiffs, | Civil Action: 2:20-CV-00081 |
| v. | Judge Douglas R. Cole |
| MACY'S INC., *et al.*, | |
| Defendants. | |

## PLAINTIFFS' RENEWED MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD OF CLASS REPRESENTATIVE SERVICE AWARDS AND ENTRY OF FINAL JUDGEMENT

Pursuant to the Settlement Agreement in this action, Class Counsel respectfully renews their motion to the Court for an order approving payment of (1) $3,500,000 for attorney fees (one-third of common fund); (2) $216,561.44 for reimbursement of costs and expenses; and (3) $6,500 in service awards for the three Class Representatives, and for the entry of a Final Order and Judgement. The legal and factual basis supporting this Motion are fully set forth in the Memorandum and Joint Fee Declaration previously filed in support of this motion and are accordingly incorporated herein. See Dkt 147. In addition, Class Counsel incorporates into this renewed motion the previously filed submissions including the Plaintiffs' Motion for Final Approval of the Class Action Settlement (Dkt 152), Defendants' Motion for Final Approval of Class Action Settlement (Dkt 155), Plaintiffs Renewed Motion for Final Approval of the Class

Action Settlement (Dkt 170), and this Courts Orders of December 20, 2023 and April 15, 2024, respectively.

Pursuant to the direction of the Court, Class Counsel will not file duplicates of any of the aforementioned submissions or Orders.

Dated: April 22, 2024       /s/ Michael McShane

Michael McShane
Ling Y. Kuang
AUDET & PARTNERS, LLP
711 Van Ness Avenue Suite 500
San Francisco, CA 94102
Telephone: (415) 568-2555
Facsimile: (415) 568-2556
mmcshane@audetlaw.com
lkuang@audetlaw.com

Charles LaDuca
Brendan Thompson
CUNEO GILBERT & LADUCA LLP
4725 Wisconsin Avenue, NW Suite 200
Washington, DC 20016
Telephone: (202)789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com
brendant@cuneolaw.com

Charles Schaffer
LEVIN SEDRAN & BERMAN, LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (877) 882-1011
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com

Drew Legando
MERRIMAN LEGANDO
WILLIAMS & KLANG, LLC
1360 West 9th Street, Suite 200
Cleveland, OH 44113

Telephone: (216) 522-9000
drew@merrimanlegal.com

Stuart Cochran
COCHRAN LAW PLLC
8140 Walnut Hill Lane, Suite 250
Dallas, TX 75231
Telephone: (469) 333-3405
stuart@scochranlaw.com

Erica Mirabella
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, MA 02116
Telephone: (855) 505-5342
erica@mirabellallc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2024, I electronically filed the foregoing document using the Court's CM/ECF system, which will provide electronic notification to all counsel of record who are ECF-registered filers.

/s/ Michael McShane
Michael McShane