AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Sara Hawes, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  1:17-cv-754 |
| Macy's Inc., et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other: Plaintiffs' Renewed Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Award of Class Representative Service Awards and Entry of Final Judgment (Doc. 173) is granted in part, and class counsel is awarded $3,500,000 in attorneys' fees and $216,561.44 in litigation expenses. But the Court only partially awards incentive payments for the named plaintiffs. Specifically, the Court awards Plaintiff Hawes $750, Plaintiff Chiaraluce $150, and Plaintiff Fontaine $150.

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Douglas R. Cole on a renewed motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Award of Class Representative Service Awards and Entry of Final Judgment.

Date: _____ 5/13/24 _____

CLERK OF COURT

*Scott M. [signature]*

Signature of Clerk or Deputy Clerk